UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MID-ATLANTIC SURGICAL ASSOCIATES, P.C., <br><br> Plaintiff, <br><br> vs. <br><br> UNITEDHEALTHCARE SERVICES, INC., <br><br> Defendant. | Civil Action No.: 2:17-cv-06270 <br><br> **(Document Electronically Filed)** |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Mid-Atlantic Surgical Associates, P.C., hereby gives notice of its voluntary dismissal of the above-captioned action as to Defendant, UnitedHealthcare Services, Inc.

BRACH EICHLER LLC

By:  /s/ Thomas Kamvosoulis
Charles X. Gormally, Esq.
Thomas Kamvosoulis, Esq.
101 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-5700
tkamvosoulis@bracheichler.com
*Attorneys for Plaintiff*
*Mid-Atlantic Surgical Associates, P.C.*

Dated: December 19, 2017

**So Ordered:**

_____    12/19/17
Judge John Michael Vazquez, U.S.D.J.    Date

BE:9488376.1/MID076-272456